Eugene Kevin **WELLS,**
**Plaintiff–Appellant**

v.

Edward **MURRAY,** Director, Virginia Department of Corrections, **Defendants–Appellees.**

No. 86–7683.

United States Court of Appeals, Fourth Circuit.

May 10, 1988.

ON PETITION FOR REHEARING WITH SUGGESTION FOR REHEARING IN BANC.

The appellant's petition for rehearing and suggestion for rehearing in banc were submitted to this Court.

On the question of rehearing before the panel, Judge MURNAGHAN voted to rehear the case. Chief Judge WINTER and Circuit Judge ERVIN voted to deny.

In a requested poll of the Court on the suggestion for rehearing in banc, Circuit Judges MURNAGHAN and DONALD RUSSELL voted to rehear the case in banc; and Circuit Judges WINTER, WIDENER, K.K. HALL, JAMES DICKSON PHILLIPS, SPROUSE, CHAPMAN, WILKINSON and WILKINS voted against in banc rehearing.

As the panel considered the petition for rehearing and is of the opinion that it should be denied, and as a majority of the active circuit judges voted to deny rehearing in banc,

IT IS ADJUDGED AND ORDERED that the petition for rehearing and suggestion for rehearing in banc are denied.